IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ANITA L. BROWN                                                                                   PLAINTIFF

V.                                                           CIVIL ACTION NO.: 1:09CV14-SA-JAD

TOWNHOUSE HOME FURNISHINGS, LLC
and EDDIE LAFAYETTE                                                                          DEFENDANTS

## ORDER APPROVING SETTLEMENT AGREEMENT

Pending before the Court is the parties' Joint Motion for Approval of Settlement Agreement [19]. This case arose, in part, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq. and, therefore, requires court approval. This Court, being fully advised in the premises, hereby ORDERS that:

1. The Joint Motion for Approval of Settlement [19] is GRANTED. The Agreement between the parties constitutes a fair and reasonable resolution of the plaintiff's claims.

2. The plaintiff's claims in this action are hereby DISMISSED WITH PREJUDICE, each party to bear his, her, or its own costs, attorneys' fees, and expenses.

3. The Court hereby retains jurisdiction over this matter for the sole purpose of enforcing the terms of this Order.

SO ORDERED, this the 9th day of June, 2009.

/s/ Sharion Aycock
**UNITED STATES DISTRICT JUDGE**